# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:21-cr-0145-1 |
| v. | ) | |
| | ) | Judge Atchley |
| | ) | |
| AKEEM OLAJUWON ONEAL | ) | Magistrate Judge Lee |
| | ) | |

## ORDER

Magistrate Judge Susan K. Lee filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea as to Count One of the one-count Indictment; (2) accept Defendant's guilty plea as to Count One; (3) adjudicate the Defendant guilty of Count One; (4) defer a decision on whether to accept the plea agreement and addendum (Doc. 35 and Doc. 42) until sentencing; and (5) Defendant will remain on bond under appropriate conditions of release pending sentencing in this matter. [Doc. 43]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 43] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea as to Count One of the Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count One is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of Count One;

4. A decision on whether to accept the plea agreement and addendum [Doc. 35 and Doc. 42] is **DEFERRED** until sentencing; and

5. Defendant **SHALL REMAIN** on bond pending sentencing in this matter which is scheduled to take place on **August 10, 2023 at 10:00 a.m.** before the undersigned.

**SO ORDERED.**

                                              s/ *Charles E. Atchley, Jr.*
                                              **CHARLES E. ATCHLEY, JR.**
                                              **UNITED STATES DISTRICT JUDGE**